|                |                          |
|----------------|--------------------------|
| The Honorable: | EUGENE R. WEDOFF         |
| Chapter 7      |                          |
| Location:      | Room 744                 |
| Hearing Date:  | 09/21/2010               |
| Hearing Time:  | 10:00AM                  |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:  WILKERSON, HERBERT J    §    Case No. 09-19568
        WILKERSON, LEATRICE J   §
                                §
Debtor(s)                       §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>KAREN R. GOODMAN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00AM on 09/21/2010 in Courtroom 744, United States Courthouse Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/18/2010        By:    /s/KAREN R. GOODMAN
                                      Trustee

KAREN R. GOODMAN
111East Wacker Drive
SUITE 2800
CHICAGO, IL  60601
(312) 527-4000

UST Form 101-7-NFR (9/1/2009)

KAREN R. GOODMAN  
SHEFSKY & FROELICH, LTD  
111East Wacker Drive  
SUITE 2800  
CHICAGO, IL 60601  
(312) 527-4000  

Chapter 7 Trustee

| | |
|---|---|
| The Honorable | EUGENE R. WEDOFF |
| Chapter 7 | |
| Location: | Room 744 |
| Hearing Date: | 09/21/2010 |
| Hearing Time: | 10:00AM |
| Response Date: | / / |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: WILKERSON, HERBERT J § Case No. 09-19568  
WILKERSON, LEATRICE J §  
§  
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*       $ 9,573.04

*and approved disbursements of*            $ 9.73

*leaving a balance on hand of* [1]         $ 9,563.31

Claims of secured creditors will be paid as follows:

*Claimant*                                 *Proposed Payment*
                        N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

*Reason/Applicant*        *Fees*        *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Trustee* | KAREN R. GOODMAN | $ 1,707.30 | $ |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor* | | $ | $ |
| *Attorney for* | | $ | $ |
| *Accountant for* | | $ | $ |
| *Appraiser for* | | $ | $ |
| *Other* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-NFR (9/1/2009)**

Timely claims of general (unsecured) creditors totaling $ 95,729.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.2 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | ComEd Co. | $ 290.44 | $ 23.84 |
| 2 | PYOD LLC its successors and assigns as assignee of | $ 4,745.67 | $ 389.46 |
| 3 | PYOD LLC its successors and assigns as assignee of | $ 3,774.77 | $ 309.77 |
| 4 | Advanta Bank Corp | $ 14,617.01 | $ 1,199.53 |
| 5 | CardWorks | $ 379.46 | $ 31.14 |
| 6 | Chase Bank USA, N.A. | $ 13,762.00 | $ 1,129.37 |
| 7 | Chase Bank USA, N.A. | $ 17,052.23 | $ 1,399.38 |
| 8 | Chase Bank USA, N.A. | $ 2,544.81 | $ 208.84 |
| 9 | Chase Bank USA, N.A. | $ 1,757.69 | $ 144.24 |
| 10 | Chase Bank USA, N.A. | $ 9,455.43 | $ 775.95 |
| 11 | American Express Bank FSB | $ 4,040.09 | $ 331.55 |
| 12 | American Express Centurion Bank | $ 16,848.16 | $ 1,382.63 |
| 13 | Recovery Management Systems Corporation | $ 1,283.20 | $ 105.30 |
| 14 | Wells Fargo Financial Illinois, Inc | $ 814.00 | $ 66.80 |
| 15 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 4,364.96 | $ 358.21 |

UST Form 101-7-NFR (9/1/2009)

Tardily filed claims of general (unsecured) creditors totaling $ 25,064.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 16 | Wells Fargo Bank, NA | $ 10,509.02 | $ 0.00 |
| 17 | Wells Fargo Bank, NA | $ 14,554.98 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/KAREN R. GOODMAN
Trustee

KAREN R. GOODMAN
111East Wacker Drive
SUITE 2800
CHICAGO, IL 60601
(312) 527-4000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (9/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: mcamacho              Page 1 of 2                   Date Rcvd: Aug 19, 2010
Case: 09-19568                 Form ID: pdf006             Total Noticed: 57

The following entities were noticed by first class mail on Aug 21, 2010.
db/jdb        +Herbert J Wilkerson,    Leatrice J Wilkerson,    P.O. Box 104,    Calumet City, IL 60409-0104
aty           +Damita Buffington,    Damita Buffington & Associates, LLC,    1525 E 53rd Street  Suite 622,
                Chicago, IL 60615-4530
tr            +Karen R Goodman, ESQ,    Shefsky & Froelich Ltd,    111 East Wacker Drive,    Suite 2800,
                Chicago, IL 60601-4277
14271899     ++ADVANTA,    700 DRESHER RD,    HORSHAM PA 19044-2206
               (address filed with court:  Advanta Bank Corp,    c/o Becket and Lee LLP,    POB 3001,
                Malvern  PA 19355-0701)
13978715      +Advocate South Suburban Hospital,    17800 Kedzie Ave.,    Hazel Crest, IL 60429-0989
13978716      +American Express,    c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
14338193       American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
14347592       American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
13978717      +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
13978718      +At & T,    PO Box 6428,    Carol Stream, IL 60197-6428
13978719      +Bank Of America,    Attn: Bankruptcy Dept NC4-105-03-14,    PO Box 26012,
                Greensboro, NC 27420-6012
14340938      +Bank of the West,    P.O. Box 829009,    Dallas, Tx 75382-9009
13978721      +Barclays Bank Delaware,    Attention: Customer Support Department,    Po Box 8833,
                Wilmington, DE 19899-8833
13978722       Blatt Hasenmiller Leibsker & Moore,    c/o Citi Cards,    125 S. Wacker Dr. Suite 400,
                Chicago, IL 60606-4440
13978723      +Blitt & Gaines PC,    c/o Bank of America,    318 W. Adams, #1600,    Chicago, IL 60606-5100
13978724      +Capital One,    1957 Westmoreland St.,    Richmond, VA 23230-3225
14279398       CardWorks,    c/o Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13978725      +Chase,    201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
13978726      +Chase BP,    Attention: Banktruptcy Department,    Po Box 100018,    Kennesaw, GA 30156-9204
14289577       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
13978727      +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
13978728      +City of Calumet City,    204 Pulaski Road,    Calumet City, IL 60409-4115
13978729       City of Chicago Dept. of Water,    Box 6330,    Chicago, IL 60680-6330
13978730       Comcast,    Box 3002,    Southeastern, PA 19398-3002
13978732      +Countrywide Home Lending,    Attention: Bankruptcy SV-314B,    Po Box 5170,
                Simi Valley, CA 93062-5170
13978733      +Faicollect Inc,    #10 148th Ave. N.E.,    Suite 100,    Bellevue, WA 98007
13978734      +Fia Csna,    Po Box 26012,    Nc4-105-02-77,    Greensboro, NC 27420-6012
13978735      +Frederick J Hanna and Associates,    c/o Bank of America,    1427 Roswell Road,
                Marietta, GA 30062-3668
13978737       Harris NA,    P.O. Box 6290,    Carol Stream, IL 60197-6290
13978738      +Metro Cardiovascular Consultants,    9115 S. Cicero Ave.,    Oak Lawn, IL 60453-1895
14300107      +Metrosouth Medical Center,    12935 S Gregory St,    Blue Island, IL 60406-2428
13978739       National Enterprise Systems,    c/o Chase,    29125 Solon Road,    Solon, OH 44139-3442
13978740       Nationwide Credit Inc,    c/o American Express,    2015 Vaughn Rd NW, Suite 400,
                Kennesaw, GA 30144-7802
13978742     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:  Portfolio Recovery Associates LLC,    c/o Capital One,    Box 12914,
                Norfolk, VA 23541)
14267855      +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
13978743      +Sears cbsd,    701 East 60th St N,    Sioux Falls, SD 57104-0432
13978745       St. Margaret Mercy,    37621 Eagle Way,    Chicago, IL 60678-1376
13978746       The Swiss Colony,    1112 7th Ave.,    Monroe, WI 53566-1364
14300108       Unimed LTD,    Po Box 5495,    Carol Stream, IL 60197
13978747      +United Collection Bureau Inc,    5620 Southwyck Blvd.,    Suite 206,    Toledo, OH 43614-1501
13978748      +Valentine and Kebartas Incq,    PO BOx 325,    Lawrence, MA 01842-0625
14757083      +Wells Fargo Bank, NA,    MAC #S4101-08C,    100 W Washington,    Phoenix, AZ 85003-1805
13978749      +Wells Fargo Business Card,    PO Box 348750,    Sacramento, CA 95834-8750
13978750      +Wells Fargo Business Line,    PO Box 348750,    Sacramento, CA 95834-8750
14539969      +Wells Fargo Financial Illinois, Inc,    4137 121st Street,    Urbandale IA 50323-2310
13978751      +Wffinancial,    9632 S Roberts Rd,    Hickory Hills, IL 60457-2238
13978752      +Zwicker and Associates PC,    7366 N. Lincoln Ave., Suite 404,    Lincolnwood, IL 60712-1741

The following entities were noticed by electronic transmission on Aug 19, 2010.
13978714       E-mail/Text: bkr@cardworks.com                            Advanta Bank Corp,    Po Box 844,
                Spring House, PA 19477
13978720      +E-mail/Text: bknotices@bankofthewest.com                           Bank Of The West,
                Attn: Bankruptcy,    1450 Treat Blvd,    Walnutcreek, CA 94597-7579
14341048      +E-mail/Text: bknotices@bankofthewest.com                           Bank of the West,
                1450 Treat Blvd,    Walnut Creek, California 94597-7579
13978731       E-mail/Text: legalcollections@comed.com                           ComEd,    Bill Payment Center,
                Chicago, IL 60668-0001
14245825      +E-mail/Text: legalcollections@comed.com                           ComEd Co.,    2100 Swift Road,
                Attn: Bankruptcy Section,    Oakbrook, IL 60523-1559
14593394       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 20 2010 00:34:02
                FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
                Oklahoma City, OK  73124-8809
13978736      +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2010 00:21:43      Gemb pearle,    Po Box 981439,
                El Paso, TX 79998-1439
13978741      +E-mail/Text: bankrup@nicor.com                            Nicor Gas,
                Attention: Bankruptcy Department,    1844 Ferry Road,    Naperville, IL 60563-9662
14455650      +E-mail/PDF: rmscedi@recoverycorp.com Aug 20 2010 00:21:44
                Recovery Management Systems Corporation,    For GE Money Bank,    dba PEARLE VISION/GEMB,
                25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
```

```
District/off: 0752-1          User: mcamacho              Page 2 of 2                 Date Rcvd: Aug 19, 2010
Case: 09-19568                Form ID: pdf006             Total Noticed: 57

The following entities were noticed by electronic transmission (continued)
13978744     +E-mail/Text: bkr@cardworks.com                          Spiegel,   Attn: Bankruptcy,
              Po Box 9204,   Old Bethpage, NY 11804-9004
                                                                                             TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Karen R Goodman, ESQ,    Shefsky & Froelich Ltd,   111 East Wacker Drive,   Suite 2800,
              Chicago, IL 60601-4277
14300106*    +American Express,   C/O Becket and Lee,   PO Box 3001,   Malvern, PA 19355-0701
                                                                                     TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 21, 2010**                    **Signature:**    *Joseph Speetjens*